# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0059.  EMRITH v. JAMES.**

Upon consideration of Appellant Lucy Emrith's "Emergency Motion for Extension of Time to File an Application for Discretionary Appeal," it is ordered that the same is hereby GRANTED. Appellant shall have until Thursday, July 21, 2022 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/14/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*